*O. C.*



BLANK ROME, LLP
Attorneys for Plaintiffs
CHAMWAY SHIPPING LTD.,
CHANGNING CO. LTD. and
CHEN CHING-PIAO
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMWAY SHIPPING LTD.,<br>CHANGNING CO. LTD. and<br>CHEN CHING-PIAO,<br><br>          Plaintiffs,<br><br>       -against-<br><br>ARDAF     S.A.     INSURANCE    & REINSURANCE CO.,<br><br>          Defendant. | 08 Civ. 5090 (PKL)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

plaintiffs CHAMWAY SHIPPING LTD., CHANGNING CO. LTD. and CHEN CHING-PIAO,

certify that, according to information provided to counsel by its clients, CHAMWAY SHIPPING

LTD., CHANGNING CO. LTD. and CHEN CHING-PIAO, are not publicly held corporations or

subsidiaries or affiliates of a publicly held corporation.

Dated:          New York, New York
                June 3, 2008

                                        BLANK ROME, LLP
                                        Attorneys for Plaintiffs
                                        CHAMWAY   SHIPPING   LTD.,   CHANGNING
                                        CO. LTD. and CHEN CHING-PIAO

                                        By _____
                                              Jack A. Greenbaum (JG 0039)
                                        The Chrysler Building
                                        405 Lexington Ave.
                                        New York, NY  10174-0208
                                        (212) 885-5000

311817.1
900200.00001/6643445v.1                         2